UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MASOUD KHAZALI,

            Plaintiff,

  v.

STATE OF WASHINGTON,

            Defendant.

CASE NO. 2:23-cv-00796-JLR

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Court Judge James L. Robart.

DATED this 2nd day of June, 2023.

                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge