*Pro Se 12 2016*

FILED
LODGED ENTERED
RECEIVED

MAY 2 6 2023   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

CASE NO. 2:23-CV-00796-JLR
[to be filled in by Clerk's Office]

COMPLAINT FOR
INTERPLEADER AND
DECLARATORY RELIEF

MASOUD KHAZALI,

Plaintiff(s),

v.

George State of (W)
state of washington

Defendant(s).

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s) in Interpleader

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name          MASOUD KHAZALI
Street Address  10017 12th Ave N.E
City and County  Seattle WH 98125
State and Zip Code  WH
Telephone Number  (206) 806-3274

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 1

*Pro Se 12 2016*

1  B.    Defendant(s) in Interpleader

2       *Provide the information below for each defendant named in the complaint, whether the*
   *defendant is an individual, a government agency, an organization, or a corporation. For an*
3  *individual defendant, include the person's job or title (if known). Attach additional pages if*
   *needed.*

4
         Defendant No. 1

5          Name                              The state of George (w)

6          Job or Title *(if known)*                      washington

7          Street Address                    416 8id snyder Ave SW

           City and County                   Olympia, WA
8
           State and Zip Code                        980504

9          Telephone Number

10
         Defendant No. 2

11
           Name

12         Job or Title *(if known)*

13         Street Address

           City and County
14
           State and Zip Code

15         Telephone Number

16
         Defendant No. 3

17
           Name

18         Job or Title *(if known)*

19         Street Address

           City and County
20
           State and Zip Code

21         Telephone Number

22

23

24

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 2

*Pro Se 12 2016*

1

Defendant No. 4

2
Name _____

3
Job or Title *(if known)* _____

Street Address _____

4
City and County _____

State and Zip Code _____

5

Telephone Number _____

6

7

8
## II.    BASIS FOR JURISDICTION AND VENUE

9
There are two types of interpleader actions, each brought under a different provision.

10
Which type of interpleader action are you bringing?  *(check one)*

11
☐    I am bringing this interpleader action under Federal Rule of Civil Procedure 22.

12
*(Fill out Section A below.)*

13
☐    I am bringing this interpleader action under 28 U.S.C. § 1335.  *(Fill out Section B*

14
*below.)*

15
A.    Interpleader Action Under Rule 22

16
1.    Jurisdiction is proper because the action *(check all that apply)*:

17
☑    arises under a federal statute, a federal treaty, and/or a provision of the

18
United States Constitution *(specify the relevant statutory, treaty, and/or*

19
*constitutional provisions)*:

20
Freedom of Speech

21
First Amendment

22

23

24
☐    meets the jurisdictional requirements of 28 U.S.C. § 1332, under which no

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 3

*Pro Se 12 2016*

1       plaintiff may be a citizen of the same State as any defendant, and the

2       amount at stake must exceed the sum or value of $75,000:

3          a.   The Plaintiff(s)

4              i.   If the plaintiff is an individual

5                 The plaintiff, *(name)* MASOUD KHAZAEI, is a citizen of

6                 the State of *(name)* George (WA).

7             ii.   If the plaintiff is a corporation

8                 The plaintiff, *(name)* _____,

9                 is incorporated under the laws of the State of *(name)*

10                 _____,

11                 and has its principal place of business in the State of *(name)*

12                 ._____

13

14         *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

15

16          b.   The Defendant(s)

17              i.   If the defendant is an individual

18                 The defendant, *(name)* _____, is a citizen of the

19                 State of *(name)* _____ *Or* is a citizen of

                  *(foreign nation)* _____.

20             ii.   If the defendant is a corporation

21                 The defendant, *(name)* _____, is

22                 incorporated under the laws of the State of *(name)*

23                 _____,

24                 and has its principal place of business in the State of *(name)*

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 4

*Pro Se 12 2016*

1      _____ .

2                              *Or* is incorporated under the laws of *(foreign nation)*

3      _____ ,

4                              and has its principal place of business in *(name)*

5      _____ .

6           *(If more than one defendant is named in the complaint, attach an additional page
       providing the same information for each additional plaintiff.)*

7

8           c.   The Amount in Controversy

9      The amount in controversy-the amount the plaintiff claims the defendant owes or the

10     amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

11     _____

12     _____

13     _____

14           2.   Venue is proper under 28 U.S.C. § 1391 because *(check one)*:

15           ☐    all of the defendants live in

16                The George state of women beater WA

17                *(a common State)* and at least one defendant lives in_____ (in the
                                                                                      form
18                *(county, State)*, which is located in this court's judicial district. a      of
                                                                                                slavery)
19           ☐    substantial part of the property that is the subject of this complaint

20                for interpleader is situated in          _____

21                *(county, State)*, which is located in this court's judicial district.

22           ☐    there is no district in which this action may otherwise be brought.

23                The court has personal jurisdiction over the defendants for the

24                following reasons *(identify the connections the defendants have

25                with the judicial district)*:

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 5

*Pro Se 12 2016*

1  _____

2  _____

3  _____

4  B.     Interpleader Action Under 28 U.S.C. § 1335

5         1.     In order for this court to have jurisdiction over this action, at least two

6         defendants must be citizens of different States as defined in 28 U.S.C. § 1332(a)

7         or (c), and the value of the property in controversy must be at least $500.

8              a.     Interpleader Defendant No. 1

9                   i.     If the defendant is an individual

10                        The defendant, *(name)* __The state__ , is a citizen

11                        of the State of *(name)* __George  WA__ *Or* is a citizen

12                        WASHINGTON of *(foreign nation)* _____.

13                  ii.     If the defendant is a corporation

14                        The defendant, *(name)* _____, is

15                        incorporated under the laws of the State of *(name)*

16                        _____, and

17                        has its principal place of business in the State of *(name)*

18                        _____. *Or* is

19                        incorporated under the laws of *(foreign nation)*

20                        _____, and

21                        has its principal place of business in *(name)* _____.

22

23

24

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 6

*Pro Se 12 2016*

b.   Interpleader Defendant No. 2

    i.   If the defendant is an individual

        The defendant, *(name)* _____, is a

        citizen of the State of *(name)* _____ *Or* is a

        citizen of *(foreign nation)* _____.

    ii.   If the defendant is a corporation

        The defendant, *(name)* _____, is

        incorporated under the laws of the State of *(name)*

        _____,

        and has its principal place of business in the State of *(name)*

        _____.

        *Or* is incorporated under the laws of *(foreign nation)*

        _____,

        and has its principal place of business in *(name)* _____.

c.   The Property in controversy

    The property in controversy is worth $ _____*(value)*.

2.   Venue is proper under 28 U.S.C. § 1397 because at least on defendant,

*(name)* _____, resides in *(county, State)*_____, which

is located in this court's judicial district.

## III.   STATEMENT OF INTERPLEADER ACTION

A.   *Describe the property that is the subject of this interpleader action, and explain why you are in possession of the property.  Explain why each of the defendants claims an entitlement to the property.*

_____

Pro Se 12 2016

1

2

3  B.    Plaintiff has *(check one)*:

4       ☐    deposited *(the property at issue)* _____ into the registry of

5  the court

6       ☐    given a bond payable to the clerk of court in the amount of $ _____

7            *(value)*, which the court has deemed proper and which is conditioned upon

8            compliance by the plaintiff with the future order or judgment of the court with

9            respect to the subject matter of the controversy.

10  C.   *Explain why you are in great doubt as to which defendant(s) is/are entitled to the*
        *property subject to the interpleader action.  Explain why you cannot determine which*
11      *claim(s) is/are valid without exposing yourself to potential double litigation.*

12

13

14

15                              **IV.    RELIEF**

16  The plaintiff requests that *(check all that apply)*:

17       ☐    Each defendant be restrained from instituting any action against the plaintiff for

18            recovery of the property or any part of it.

19       ☐    The defendants be required to interplead and settle among themselves their rights

20            to the property and that the plaintiff be discharged from all liability.

21       ☐    The plaintiff recover costs and reasonable attorney's fees.

         ☑    The court grant any further relief as may be just and proper under the
22
              circumstances of this case.

23

24

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 8

*Pro Se 12 2016*

## V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

identified, will likely have evidentiary support after a reasonable opportunity for further

investigation or discovery; and (4) the complaint otherwise complies with the requirements of

Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related

papers may be served. I understand that my failure to keep a current address on file with the

Clerk's Office may result in the dismissal of my case.

Date of signing:    05 / 26th / 2023

Signature of Plaintiff    VJV

Printed Name of Plaintiff    MASOUD  (X1-1AZAL )

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF - 9

U.S. District Court
Western District of WA

MASOUD KHAZALI                                    5/26/2023

       vs

The State of
women beater,
George WA

❝ A MAN who suffocate the independence

of man can not be a hero of —

independence for any man ❞

                        (MAsoud Khazali)

I masoud Khasali am not allowed

to write to my own child.
A ~~write~~ writer and a poet, who write two
books, for children is muted by the state
of women beater George.    M.K.