UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASOUD KHAZALI,<br><br>              Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON,<br><br>              Defendant. | CASE NO. C23-0796JLR<br><br>ORDER |

This matter comes before the court on a limited referral from the Ninth Circuit Court of Appeals. (*See* Not. (Dkt. # 10).)  The Ninth Circuit asks the court to determine whether Plaintiff Masoud Khazali's *in forma pauperis* ("IFP") status should continue on appeal or whether, instead, it should be revoked because his appeal is frivolous or taken in bad faith. (*Id.*)  Under 28 U.S.C. § 1915(a)(3), an appeal may not be taken IFP if the trial court certifies in writing that it is not taken in good faith or is frivolous.  *See* 28 U.S.C. § 1915(a)(3); *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

//

ORDER - 1

The court finds that Mr. Khazali's appeal is frivolous and therefore REVOKES his IFP status on appeal. The court DIRECTS the Clerk to forward a copy of this order to the United States Court of Appeals for the Ninth Circuit and to Mr. Khazali.

Dated this 11th day of July, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2